IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

VIKKI GRAHAM, )
)
    Plaintiff, )
)
v. ) CASE NO. CV411-316
)
MEMORIAL HEALTH UNIVERSITY )
MEDICAL CENTER, KATHY BROWNE, )
DEBBIE HATTRICH, SOPHRONIA )
MCCLENDON and RHONDA COXON, )
)
    Defendants. )
)

## O R D E R

Before the Court is Plaintiff's Motion for Deadline for Proposed Consolidated Pretrial Order. (Doc. 55.) On August 14, 2015, the parties filed their Joint Proposed Consolidated Pretrial Order. (Doc. 61.) Accordingly, Plaintiff's motion is **DISMISSED AS MOOT**.

SO ORDERED this 17th day of August 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
AUG 17 2015
CLERK
SO. DIST. OF GA