IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| VIKKI GRAHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CV413-316 |
| | ) | |
| MEMORIAL HEALTH UNIVERSITY | ) | |
| MEDICAL CENTER, ET AL | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The jury selected for the trial of this case set forth above was provided its regular meals from a place appropriate for the feeding of juries. The Clerk of the Southern District of Georgia is hereby ordered, pursuant to the provisions of 28 U.S.C. § 1871, to disburse to the establishment which provided the meal the sum so billed.

SO ORDERED this 16th day of August 2018.

WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Southern District of Ga.
Filed In Office
8/16/2018