UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH GEORGIA

VIKKI GRAHAM                          )
                                      )
              VS                      )        CASE NO.   CV411-316
                                      )
MEMORIAL HEALTH UNIVERSITY            )
MEDICAL CENTER, ET AL                 )

<u>ORDER</u>

A jury trial in the above captioned case having been conducted the week of August 13, 2018 and there being certain items entered into evidence during the course of said trial,

**IT IS HEREBY ORDERED** that upon return of a jury verdict the foregoing evidence be returned to the parties for safekeeping and for production in the Court of Appeals, if necessary.

**SO ORDERED** this *16th* day of August 2018.

_____

**WILLIAM T. MOORE, JR., JUDGE**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Southern District of Ga.
Filed in Office

9/16 2018

Deputy Clerk