FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 SEP 27 PM 2:38
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| VIKKI GRAHAM,<br><br>    Plaintiff,<br><br>v.<br><br>MEMORIAL HEALTH UNIVERSITY<br>MEDICAL CENTER, KATHY BROWNE,<br>and DEBBIE HATTRICH,<br><br>    Defendants. | CASE NO. CV411-316 |

## O R D E R

On December 23, 2011, Plaintiff Vikki Graham filed suit in this Court alleging that, while employed at Defendant Memorial Health University Medical Center, she experienced a hostile work environment, was subjected to disparate treatment and terminated in retaliation for complaining of racial discrimination. (Doc. 1.) On September 30, 2012, this Court granted in part and denied in part Defendants' Motion for Summary Judgment. (Doc. 47.) The Court dismissed all claims against Defendants Sophronia McClendon and Rhonda Coxon, finding that these individuals were not proper defendants. (Id. at 10-11.) Against the remaining Defendants, the Court granted summary judgment and dismissed Plaintiff's claims based on a hostile work environment. (Id. at 11-19.) However, the Court refused to dismiss Plaintiff's claims based on disparate treatment and retaliation. (Id. at 31.)

On August 13, 2018, a jury trial began in this case to consider Plaintiff's remaining claims. After four days of evidence, the jury returned a verdict in favor of Defendants on all remaining counts. (Doc. 130.) In accordance with the verdict of the jury, judgment is hereby **ENTERED** in favor of Defendants and against Plaintiff. The clerk will tax the cost in favor of the Defendants and against Plaintiff Graham. The Clerk is **DIRECTED** to close this case.

SO ORDERED this 27th day of September 2018.

---
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA